UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BONNIE GLASHEEN | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO.: 20-11130 |
| v. | ) | |
| | ) | |
| WOODS HOLE, | ) | |
| MARTHA'S VINEYARD, AND | ) | |
| NANTUCKET STEAMSHIP | ) | |
| AUTHORITY | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

NOW COMES the plaintiff, Bonnie Glasheen, in the above-entitled action and says:

### COUNT I
### (Jones Act Negligence)

First:     The plaintiff, Bonnie Glasheen is a resident of Plymouth, Massachusetts, and at all times hereinafter referred to, a seaman and member of the crew of the M/V IYANOUGH.

Second:     The defendant, Woods Hole, Martha's Vineyard, and Nantucket Steamship Authority ("Steamship Authority") is an independent authority created by the Massachusetts Legislature to provide transportation via ferry to various islands in Massachusetts. The Steamship Authority is duly organized and existing under the laws of the Commonwealth of Massachusetts.

Third     On or about June 16, 2017, the Plaintiff was in the employ of the defendant, as a seaman aboard the M/V IYANOUGH.

Fourth:     On or about June 16, 2017, while the said M/V IYANOUGH was in navigable waters and while the plaintiff was in the exercise of due care in the performance of her

duties, she sustained severe and painful personal injuries as a result of an allision between the IYANOUGH and a breakwater.

Fifth:         The injuries sustained by the plaintiff were not caused by any fault on her part, but were caused by the fault of the defendants, their agents or servants, as follows:

(a)     Failure to use due care to provide and maintain a seaworthy vessel with safe and proper appliances.

(b)     Failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances.

(c)     Failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform the work.

(d)     Failure and negligence of fellow employees.

(e)     Failure and negligence in other respects that will be shown at trial.

Sixth:         As a result of the said injuries, the plaintiff has suffered great pain of body and anguish of mind, lost a great deal of time from her usual work, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at trial.

Seventh:         This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff prays that this Court enter judgment against the Defendants for her damages together with interest, fees and costs, together with such further relief as this Court deems just and proper.

## COUNT II
### (Unseaworthiness)

First:          The plaintiff reiterates all the allegations set forth in Paragraphs First through Seventh of Count I.

Second:          The injuries sustained by the plaintiff were due to no fault of hers, but were caused by the unseaworthiness of the defendants' vessel.

Third:          As a result of the said injuries, the plaintiff has suffered great pain of body and mind, lost a great deal of time from her usual work, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at trial.

Fourth:          This cause of action is brought under the same General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff prays that this Court enter judgment against the Defendants for her damages together with interest, fees and costs, together with such further relief as this Court deems just and proper.

## THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES

Respectfully Submitted,
Bonnie Glasheen
By her attorney,

*/s/ Stephen M. Ouellette*

_____
Stephen M. Ouellette, Esquire
BBO No.:  543752
Ouellette Law Office
127 Eastern Ave., Suite 1
Gloucester, MA 01930
Tel:  (978) 281-7788
Fax:  (978) 281-4411
stephen.ouellette@fishlaw.com

Dated: June 15, 2020

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 10, 2020.

*/s/ Stephen M. Ouellette*
Stephen M. Ouellette